**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LEKEITRA BUCHANAN and**                                                               **PLAINTIFFS**
**JARVIS BUCHANAN, individually and
on behalf of all others similarly situated**

**V.**                                                                               **NO. 3:20-CV-106-DMB-RP**

**AMERICAN STRATEGIC INSURANCE CORP.**                    **DEFENDANT**

**ORDER CLOSING CASE**

On November 9, 2020, the parties filed a "Joint Stipulation of Dismissal with Prejudice" which dismisses this case with prejudice. Doc. #30. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 24th day of November, 2020.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**